■ COUDERT BROTHERS, Respondent, v SYLVIA DE CUEVAS, Also Known as THE MARQUESA DE CUEVAS, Appellant. [667 NYS2d 903] —Order, Supreme Court, New York County (Herman Cahn, J.), entered March 20, 1997, which, *inter alia*, granted plaintiff's motion for partial summary judgment, and judgment, same court and Justice, entered March 21, 1997, awarding plaintiff money damages against defendant, unanimously affirmed, with costs.

Summary judgment was properly granted to plaintiff on its

cause of action for an account stated, in view of defendant's failure to object to invoices sent her by plaintiff (*Jannuzzo v de Cuevas*, 216 AD2d 37; *Ruskin, Moscou, Evans & Faltischek v FGH Realty Credit Corp.*, 228 AD2d 294). The Surrogate's disallowance of a portion of plaintiff's legal services, on the ground that such did not benefit the estate directly, was not binding or determinative of plaintiff's claims herein in view of the retainer agreement wherein defendant agreed to be individually liable for services rendered "in connection with the administration of the [Iolas] estate, and various litigations involving the estate." Concur—Milonas, J. P., Ellerin, Williams and Tom, JJ.